IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3131 |
| vs. | |
| ZACHARY PAUL FRIESEN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Nancy Peterson to withdraw as counsel of record for Defendant, (Filing No. 33), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Nancy Peterson from any future ECF notifications herein.

April 14, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge