IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ZACHARY PAUL FRIESEN,<br><br>      Defendant. | **4:16CR3131**<br><br><br>**ORDER** |

IT IS ORDERED:

1)   Defendant's motion to review the conditions of supervised release, (Filing No. 190), is granted.

2)   Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at Kaison Oxford House, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)   Defendant shall report to the Probation office, in person, one time every week between the hours of 8:00 a.m. and 4:00 p.m. until further notice by the Probation office.

4)   Defendant shall arrive at Kaison Oxford House, Lincoln, Nebraska by 10:30 a.m. on July 18, 2024. The Marshal shall release Defendant to Rebecca Worrall on July 18, 2024 at 9:30 a.m. for timely transport to the facility.

Dated this 17th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge